```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION

WILHY HARPO                         :
                                    :
      Plaintiff,                    :    CIVIL ACTION
                                    :
v.                                  :    NO. 1:15-CV-262-WSD
                                    :
DJ MORTGAGE, LLC,                   :
LOUIS LEVENSON,                     :
LEVENSON & ASSOCIATES, LLC,         :
BARBARA FINNEY,                     :
ALPHA EVICTIONS, LLC,               :
KIDANU ABEBE,                       :
ATLANTA HOUSING AUTHORITY,          :
CITY OF ATLANTA,                    :
CBS OUTDOORS, INC.,                 :
JAMES D. HICKMAN,                   :
NATASHA L. JONES, and               :
ABNER WILKERSON                     :
                                    :
      Defendants.                   :
```

**FINAL REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

On January 26, 2015, Plaintiff, proceeding pro se, submitted an application for leave to proceed in forma pauperis with a complaint. [Doc. 1]. On March 31, 2015, the undersigned denied Plaintiff's application and granted him fourteen days either to pay the filing fee or to resubmit a new affidavit of poverty, instructing Plaintiff to provide sufficient information for a proper determination of his in forma pauperis status to be made. [Doc. 2]. As of today, Plaintiff has neither paid the filing fee nor submitted a new affidavit of poverty. Accordingly, Plaintiff has no case

AO 72A
(Rev.8/82)

before this Court. The undersigned therefore **RECOMMENDS** that this action be **DISMISSED.**

    **SO REPORTED AND RECOMMENDED,** this 21st day of May, 2015.

                                          s/ *E. Clayton Scofield III*
                                          E. CLAYTON SCOFIELD III
                                          UNITED STATES MAGISTRATE JUDGE